IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**FORTUNA CANNERY, LLC,**

           Plaintiff,

v.

**WESTCHESTER SURPLUS LINES INSURANCE COMPANY,** *a foreign corporation,*

           Defendant.

Case No. 3:21-cv-00458-YY

JUDGMENT

**MOSMAN, J.,**

Based upon the Order of the Court [ECF 34], Defendant's Motion for Summary Judgment [ECF 21] is GRANTED, and it is ordered and adjudged that this case is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this 4th day of March, 2022.

                                                MICHAEL W. MOSMAN
                                                Senior United States District Judge

1 – JUDGMENT